No. 95–1012. CALDWELL *v.* AMERICAN BASKETBALL ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied. 66 F. 3d 523.

No. 95–1258. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* CARVER. C. A. 8th Cir. Certiorari denied. 

No. 95–1524. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* SHRINK MISSOURI GOVERNMENT PAC ET AL. C. A. 8th Cir. Certiorari denied. 

No. 95–1644. COLLAGEN CORP. *v.* KENNEDY ET AL. C. A. 9th Cir. Certiorari denied. 

No. 95–1845. THURGOOD MARSHALL LEGAL SOCIETY ET AL. *v.* HOPWOOD ET AL. C. A. 5th Cir. Certiorari denied. 

No. 95–5495. MURPHY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 95–6474. PIERCE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 95–7017. HENRY ET AL. *v.* CABALLERO, DIRECTOR, IDAHO DEPARTMENT OF HEALTH AND WELFARE, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 95–7422. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–7444. STEWART *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 95–8470. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 95–1773. TEXAS ET AL. *v.* HOPWOOD ET AL. C. A. 5th Cir. Certiorari denied. 

Opinion of JUSTICE GINSBURG, with whom JUSTICE SOUTER joins, respecting the denial of certiorari.

Whether it is constitutional for a public college or graduate school to use race or national origin as a factor in its admissions